

**JOSH GREEN, M.D.**
GOVERNOR

**ANNE E. LOPEZ**
ATTORNEY GENERAL

**MATTHEW S. DVONCH**
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
**DEPARTMENT OF THE ATTORNEY GENERAL**
*Ka ʻOihana O Ka Loio Kuhina*
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

June 5, 2026

**<u>Via ACMS</u>**

  TO:  Molly C. Dwyer
        Clerk of the Court
        U.S. Court of Appeals for the Ninth Circuit
        P.O. Box 193939
        San Francisco, California 94119-3939

  RE:  *AstraZeneca Pharmaceuticals LP v. Lopez*, No. 26-1172
        Fed. R. App. P. Rule 28(j) Letter

Dear Ms. Dwyer:

Attorney General Lopez (the State) respectfully submits this letter to advise the Court that the Fourth Circuit has granted petitions for rehearing en banc filed in *PhRMA v. McCuskey*, 171 F.4th 675 (4th Cir. 2026), and *AbbVie, Inc. v. Brown*, No. 24-1939, 2026 WL 1005576 (4th Cir. Apr. 14, 2026). The June 2 amended orders granting the petitions are attached as exhibits to this letter. The "[g]ranting of rehearing en banc" by the Fourth Circuit "vacates the previous panel judgment and opinion[.]" 4th Cir. Local Rule 40(e).

In *McCuskey*, a panel of the Fourth Circuit affirmed a preliminary injunction enjoining a West Virginia statute similar to Hawaii's Act 143. *Brown* applied *McCuskey* to an analogous Maryland law. Both cases were decided after AstraZeneca filed its opening brief in this case.

In its answering brief, the State urged the Court not to embrace *McCuskey*'s preemption analysis because AstraZeneca did not advance a theory like the one adopted in *McCuskey* before the district court, and because *McCuskey*'s reasoning

was flawed in any event. AB at 38 n.5. The State also noted that even the *McCuskey* panel majority had held that state laws like Hawaii's do not implicate intergovernmental immunity. AB at 16, 23. The State cited favorably to the *McCuskey* and *Brown* dissents. AB at 15, 33, 38 n.5, 55. In its reply, AstraZeneca cited *McCuskey* extensively in support of many of its arguments. RB at 3, 4–5, 19, 27, 28, 29, 30, 31, 33, 34, 35, 37, 40. Indeed, no other case was cited even half as many times. RB at iii–v.

The Fourth Circuit's recent orders further diminish the already-minimal persuasive value of *McCuskey*'s preemption holding. And as a result of those orders, there are now no appellate opinions supporting AstraZeneca's preemption argument.

Sincerely,

/s/ *Thomas J. Hughes*

Thomas J. Hughes
Deputy Solicitor General

*Attorney for Appellee*
Anne E. Lopez

CC: All counsel (via ACMS)

Exhibits A–B

FILED:  June 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1054 (L)
(2:24-cv-00271)

_____

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA

Plaintiff - Appellee

v.

JOHN B. MCCUSKEY, in his official capacity as Attorney General of West Virginia; JOHN BERNABEI, in his official capacity as a member of the West Virginia Board of Pharmacy; JAMES RUCKER, in his official capacity as a member of the West Virginia Board of Pharmacy; JENNA MISITI, in her official capacity as a member of the West Virginia Board of Pharmacy; SAM KAPOURALES, in his official capacity as a member of the West Virginia Board of Pharmacy; DAVID BOWYER, in his official capacity as a member of the West Virginia Board of Pharmacy; DENNIS LEWIS, in his official capacity as a member of the West Virginia Board of Pharmacy; ROBERT DUNCAN, in his official capacity as a member of the West Virginia Board of Pharmacy; ALLAN MCVEY, in his official capacity as Insurance Commissioner

Defendants - Appellants

-------------------------------

340B HEALTH; AMERICAN HOSPITAL ASSOCIATION; WEST VIRGINIA HOSPITAL ASSOCIATION; WEST VIRGINIA PRIMARY CARE ASSOCIATION

Amici Supporting Appellants

and

# EXHIBIT A

AMERICAN SOCIETY OF HEALTH-SYSTEMS PHARMACISTS

Amicus Supporting Rehearing Petition

_____

AMENDED ORDER

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

Judges Wilkinson, Agee, Harris, and Quattlebaum were recused and did not participate in the poll.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case shall be scheduled for oral argument at the next available court session.

For the Court

/s/ Nwamaka Anowi, Clerk

FILED: June 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1939 (L)
(1:24-cv-01557-MJM)

_____

ABBVIE, INC., (a Delaware corporation); ALLERGAN, INC., (a Delaware corporation); DURATA THERAPEUTICS, INC., (a Delaware corporation); ABBVIE PRODUCTS LLC, (a Georgia limited liability company); APTALIS PHARMA US, INC., (a Delaware corporation); PHARMACYCLICS LLC; ALLERGAN SALES, LLC, (a Delaware limited liability company)

        Plaintiffs - Appellants

 and

NOVARTIS PHARMACEUTICALS CORPORATION; PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA; ASTRAZENECA PHARMACEUTICALS LP

        Plaintiffs

v.

ANTHONY G. BROWN, in his official capacity as Attorney General of the State of Maryland; KRISTOPHER RUSINKO, in his official capacity as Board President of the Maryland Board of Pharmacy; DAPHANIE ROBINSON, in her official capacity as a member of the Maryland Board of Pharmacy; ADETORO ORIAIFO, in his official capacity as a member of the Maryland Board of Pharmacy; KRISTEN FINK, in her official capacity as a member of the Maryland Board of Pharmacy; KAREN SLAGLE, in her official capacity as a member of the Maryland Board of Pharmacy; BRENDA OLIVER, in her official capacity as a member of the Maryland Board of Pharmacy; KARLA EVANS, in her official

# EXHIBIT B

capacity as a member of the Maryland Board of Pharmacy; JAVIER VAZQUEZ, in his official capacity as a member of the Maryland Board of Pharmacy; AKESH PATEL, in his official capacity as a member of the Maryland Board of Pharmacy; KEVIN MORGAN, in his official capacity as a member of the Maryland Board of Pharmacy; JENNIFER HARDESTY, in her official capacity as a member of the Maryland Board of Pharmacy; PEGGY GLASCOE GEIGHER, in her official capacity as a member of the Maryland Board of Pharmacy; NEIL LEIKACH, in his official capacity as a member of the Maryland Board of Pharmacy; MARYLAND BOARD OF PHARMACY/PRESIDENT

          Defendants - Appellees

--------------------------------

AMERICAN HOSPITAL ASSOCIATION; MARYLAND HOSPITAL ASSOCIATION; MID-ATLANTIC ASSOCIATION OF COMMUNITY HEALTH CENTERS; 340B HEALTH; AMERICAN SOCIETY OF HEALTH-SYSTEM PHARMACISTS

          Amici Supporting Appellees

_____

## AMENDED ORDER

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

Judges Wilkinson, Agee, Harris, and Quattlebaum were recused and did not participate in the poll.

The parties shall file 16 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case shall be scheduled for oral argument at the next available court session.

For the Court

/s/ Nwamaka Anowi, Clerk